IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------X
BYRON BREEZE, JR.,

        Plaintiff,

v.                                                Civil Action No. 1:22-cv-913-DLF

REWIND BY DECADES LLC
d/b/a Rewind Diner and
JEMAL'S BRITCHES L.L.C.,

        Defendants.
------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, BYRON BREEZE, JR. by and through undersigned counsel, hereby files this Stipulation of Dismissal with Prejudice as to Defendants REWIND BY DECADES LLC d/b/a Rewind Diner and JEMAL'S BRITCHES L.L.C., and through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: July 29, 2022

| | |
|---|---|
| **BASHIAN & PAPANTONIOU, P.C.** | **THE VERITAS LAW FIRM** |
| By: *Erik Bashian* | By: *Scott H. Rome* |
| Erik M. Bashian, Esq. | Scott H. Rome, Esq. |
| 500 Old Country Road, Ste. 302 | 1225 Nineteenth Street, NW, Suite 320 |
| Garden City, NY 11530 | Washington, DC 20036 |
| Tel. 516. 279.1554 | Tel. 202.686.7600 |
| eb@bashpaplaw.com | srome@theveritaslawfirm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Rewind by Decades LLC and Jemal's Britches L.L.C.* |